UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENLEE BOLTON,

       Petitioner,

                                                   Civil No. 10-11327

v.                                                Criminal No. 07-20405

UNITED STATES OF AMERICA,        Hon. Gerald E. Rosen
                                                       Magistrate Judge Virginia M. Morgan

       Respondent.
_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        May 20, 2011      

PRESENT: Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

On September 17, 2010, Magistrate Judge Virginia M. Morgan issued a Report and Recommendation ("R & R") recommending that the Court deny Petitioner Kenlee Bolton's motion under 28 U.S.C. § 2255 to vacate his sentence. No objections have been filed to the R & R. Having reviewed the R & R and Petitioner's underlying motion, as well as the remainder of the record, the Court fully concurs in the Magistrate Judge's analysis, and adopts the R & R as the opinion of the Court.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's September 17, 2010 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the Magistrate Judge's R & R, Petitioner's April 1, 2010 motion to vacate, set aside, or correct his sentence (docket #23) is DENIED. Finally, in light of the very clear and well-settled grounds upon which the Court has denied Petitioner's request for relief under 28 U.S.C. § 2255, IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to any appeal that Petitioner might pursue from this ruling.

                              s/Gerald E. Rosen
                              Chief Judge, United States District Court

Dated: May 20, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2011, by electronic mail and upon Kenlee Bolton, #19649-424, FCI Allenwood Medium, Federal Correctional Institution, P.O. Box 2000, White Deer, PA 17887 by ordinary mail.

                              s/Ruth A. Gunther
                              Case Manager