UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

KENLEE BOLTON,

    Defendant/Petitioner.

_____/

Case No. 07-cr-20405

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

On July 13, 2018, Magistrate Judge Elizabeth A. Stafford issued a Report & Recommendation (ECF No. 39) in which she recommended that the Defendant's Motion to Vacate and/or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 34) be DENIED.

In the Report and Recommendation, the parties were advised that any objections must be filed within fourteen days of service of a copy as provided for in 28 U.S.C. 636(b)(1) and Fed. R. Civ. P. 72.1(d)(2) and that failure to file specific objections constitutes a waiver of any further right of appeal.

There having been no timely objections filed, the Court

(1) ACCEPTS the magistrate judge's Report and Recommendation (ECF No. 39);

(2) DENIES Defendants Motion to Vacate and/or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No.34)

SO ORDERED.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 2, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 2, 2018.

                                        s/Deborah Tofil
                                        Case Manager